# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ruben Plaza-Uzeta,<br><br>   Petitioner,<br><br>v.<br><br>United States of America,<br><br>   Defendant. | No. CV-19-05936-PHX-GMS<br>No. CR-05-00225-PHX-GMS-2<br><br>**ORDER** |

  Pending before the Court is a Report and Recommendation ("R&R") (CV Doc. 17) issued by Magistrate Judge Michelle H. Burns recommending that the Court grant Petitioner Ruben Plaza-Uzeta's ("Petitioner") Motion to Vacate, Set Aside, or Correct Sentence. No objections to the R&R were filed. Upon review, the Court accepts the R&R.

  **IT IS THEREFORE ORDERED** that the Report and Recommendation of Magistrate Judge Michelle H. Burns (CV Doc. 17) is **ADOPTED.**

  **IT IS FURTHER ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (CV Doc. 13; CR Doc. 272) is **GRANTED.**

  **IT IS FURTHER ORDERED** that Petitioner's 84-month sentence for the § 924(c) conviction is vacated.

  **IT IS FURTHER ORDERED** setting this matter for resentencing in CR-05-00225-PHX-GMS-2 on Counts 1-4 for **May 3, 2021 at 4:00 p.m.**, in **Courtroom 601**, before Chief Judge G. Murray Snow.

  Dated this 23rd day of March, 2021.

_____
G. Murray Snow
Chief United States District Judge